**FINAL REPORT[1]**

**REVISION OF THE COMMENTS TO
JUVENILE COURT PROCEDURAL RULES 136 & 1136**

On January 8, 2014, the Court rescinded the then-existing provisions of the Code of Judicial Conduct effective July 1, 2014, and adopted new Canons 1 through 4 of the Code of Judicial Conduct of 2014, also effective July 1, 2014. *See* 44 Pa.B. 455 (January 25, 2014). At the direction of the Court, the Juvenile Court Procedural Rules Committee identified and updated references to the Code of Judicial Conduct in the Comments to Rule 136 and 1136.

---

[1]     The Committee's Final Report should not be confused with the official Committee *Comments* to the rules. Also note that the Supreme Court does not adopt the Committee's *Comments* or the contents of the Committee's explanatory Final Reports.